Mary McNamara, SBN 147131
SWANSON & McNAMARA, LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94112
Phone: (415) 477-3800
Fax: (415) 477-9010
Attorney for SCOTT CHARLES McCAULEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT CHARLES McCAULEY,<br><br>    Defendant. | Case No.: CR 14-0625 RS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE SENTENCING** |

### STIPULATION

Defendant Scott Charles McCauley through his counsel of record, Mary McNamara, and the United States, through its counsel of record, Colin Sampson, stipulate and agree, subject to the Court's agreement, that the sentencing in the above-captioned matter, presently scheduled for April 14, 2015, be continued to May 12, 2015.

The defense requests this continuance because, although defense counsel will be available on the currently scheduled date of April 14, 2015, she will be out of the country and unavailable when the final presentence report is released to the parties and will not return to the country until the day that the sentencing memorandum is due.  In addition, Kyle Pollak, the assigned United States Probation Officer, will be out on leave for much of the month of January 2015, thus, the interview of Mr. McCauley will be delayed until February, shortening the time for completion of the draft presentence report.

Defense counsel has consulted with United States Probation Officer Pollak, who has no objection to the proposed continuance.

Accordingly, the parties respectfully stipulate to a continuance of the sentencing from April 14, 2015, until May 12, 2015.

**IT IS SO STIPULATED.**

DATED: December 23, 2014

          /s/
MARY McNAMARA
Swanson & McNamara LLP
Attorney for Scott Charles McCauley

          /s/
COLIN SAMPSON
Assistant United States Attorney

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: This  23rd  day of December 2014.

HON. RICHARD SEEBORG
United States District Judge